UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

EDWARD KOEHL,

        Plaintiff,

  -against-                                9:06-CV-0478
                                                  (LEK/GHL)

GARY GREENE, *et al,*

        Defendants.

## **DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on September 10, 2007 by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 37). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Edward Koehl ("Plaintiff"), which were filed on September 19, 2007. Objections (Dkt. No. 38).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." <u>Id.</u> This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 37) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion to dismiss Plaintiff's claim against Defendant Dalsheim (Dkt. NO. 27) is **GRANTED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   September 26, 2007
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge